

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| HECTOR OVALLE | : | DOCKET NO. 2:07-cv 1905 |
| | | Section P |
| VS. | : | JUDGE DOHERTY |
| MICHAEL CHERTOFF, ET AL. | : | MAGISTRATE JUDGE HILL |

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein. Accordingly;

**IT IS ORDERED** that this *habeas corpus* petition be **DISMISSED** for lack of jurisdiction.

THUS DONE AND SIGNED, in chambers, in Lafayette, Louisiana, on this 28 day of January, 2008.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE

COPY SENT:
DATE: 2/29/08
BY: CW
TO: RFD
           CG